UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:20-po-00416-AC |
| Plaintiff, | ) ) | [~~Proposed~~] ORDER TO DISMISS AND VACATE BENCH TRIAL |
| v. | ) ) | |
| JUSTIN C. RILEY, | ) ) | DATE: March 8, 2021 |
| Defendant. | ) ) | TIME: 9:00 a.m. JUDGE: Hon. Allison Claire |

It is hereby ordered that the plaintiff United States of America's Motion to Dismiss Case Number 2:20-po-00416-AC is GRANTED.

It is further ordered that the bench trial scheduled on March 8, 2021, is vacated.

IT IS SO ORDERED.

Dated: March 3, 2021

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER TO DISMISS AND
VACATE BENCH TRIAL                           1                    U.S. v. JUSTIN C. RILEY